UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY HEALTH CORPORATION, et al.,<br><br>Defendants. | Case No. 1:21-cv-00994-NONE-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT<br><br>(ECF No. 7) |

Before the Court is the parties' stipulation to extend the time for Defendant Trinity Health Corporation ("Defendant") to respond to the complaint. (ECF No. 7.) According to the stipulation, Defendant's deadline to respond to the complaint is currently June 30, 2021, and Plaintiff Jane Doe's ("Plaintiff") deadline to file a motion to remand is July 23, 2021. (*Id.*) The parties request that Defendant's deadline to respond to the complaint be extended until two weeks after the Court issues an order on the motion for remand or, if Plaintiff does not file a motion to remand by July 23, 2021, the parties request that the responsive pleading deadline be extended to August 6, 2021.

Having reviewed the stipulation, the Court will grant the parties' request.

Accordingly, IT IS HEREBY ORDERED that, if Plaintiff files a motion to remand by July 23, 2021, Defendant's deadline to respond to the complaint is extended until two weeks after

issuance of an order on the motion for remand. If Plaintiff does not file a motion for remand by July 23, 2021, Defendant's deadline to respond to the complaint is extended to August 6, 2021.

IT IS SO ORDERED.

Dated: **June 28, 2021**                    /s/ Erin P. Grojen
                                              UNITED STATES MAGISTRATE JUDGE